IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GEORGE GOODRITZ** | : CIVIL ACTION |
| | : |
| v. | : NO. 2:17-02030-ER |
| | : |
| **WALNUT STREET THEATRE COMPANY** | : |
| | : |
| and | : |
| | : |
| **PARKWAY PARKING MANAGEMENT, LLC** | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff George Goodritz and Defendants, Walnut Street Theatre Company and Parkway Parking Management, LLC, stipulate that all of Plaintiff's claims in the above-captioned action be and are voluntarily and entirely dismissed, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and Rule 41.1(b) of the Local Rules of Civil Procedure for the Eastern District of Pennsylvania. The parties further stipulate that each party shall bear his/its own costs and attorney's fees.

| | |
|---|---|
| /s/ Franklin J. Rooks, Jr. | /s/ Tracy A. Walsh |
| Franklin J. Rooks, Jr., Esq. | Tracy A. Walsh, Esq. |
| Jared A. Jacobson, Esq. | Weber Gallagher Simpson Stapleton |
| Jacobson & Rooks, LLC | Fires & Newby LLP |
| 525 Route 73 North, Suite 104 | 2000 Market Street, Suite 1300 |
| Marlton, NJ 08053 | Philadelphia, PA 19103 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| | |
| Dated: August 17, 2017 | Dated: August 17, 2017 |

So ORDERED this __18__ day of __August__, 2017.

_____
J.